## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL, ) <br> JANE DOE, ) <br> MARY DOE, ) <br> SUSAN DOE, ) <br> And similarly situated others ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT of ) <br> EDUCATION, ) <br> and ) <br> BETSY DEVOS, in her official capacity as ) <br> Secretary of Education, ) <br> ) <br> Defendants ) <br> ) | Case No. 1:17-cv-12043-MLW <br><br> NOTICE OF INTENT <br> TO SEEK DEFAULT <br> JUDGMENT |

Plaintiffs hereby notify the court that they intend to move for a default judgment as to all defendants in the above-captioned case on December 29, 2017, upon the complaint heretofore filed and served upon the defendant by certified mail on October 20, 2017, in accordance with the provisions of Rule 55(b)(2), and (d) of the Federal Rules of Civil Procedure. Plaintiffs could not comply with local rule 7.1, requiring conference prior to filing, because counsel for defendants has not yet filed an appearance with the court.

                                                                                  Respectfully submitted,

                                                                                   /s/ Wendy Murphy

                                                                                   Wendy Murphy
                                                                                   154 Stuart Street
                                                                                   Boston, MA 02116
                                                                                   wmurphy@nesl.edu
                                                                                   617-422-7410
                                                                                   BBO550455

Dated: December 22, 2017

## Certificate of Service

I hereby certify that on December 22, 2016, I served the above notice on all defendants by first class mail to the following addresses:

Betsy DeVos
United States Secretary of Education
400 Maryland Ave. SW
Washington, DC 20202

Jeff Sessions
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

United States Department of Education
Office of the General Counsel
400 Maryland Ave. SW Room 6E 300
Washington, DC 20202

Date: December 22, 2017

Signed: /s/ Wendy J. Murphy

Wendy J. Murphy
Counsel for Plaintiffs
154 Stuart Street
Boston, MA 02116
617-422-7410
wmurphy@nesl.edu
BBO#550455