*[Handwritten annotation at top right: ALLOWED. Would not have it...]*

*[Handwritten annotation in left margin: Pursuant to Local Rule 7.1(b)(2), the opposition was due 14 days after the filing of the motion to dismiss on February 13, 2018, meaning March 27, 2018. Having timely filed the motion, it is not opposed. Nevertheless, this motion is hereby allowed.]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL,<br>JANE DOE,<br>MARY DOE,<br>SUSAN DOE,<br>And similarly situated others<br><br>Plaintiffs,<br>v.<br><br><br>UNITED STATES DEPARTMENT of<br>EDUCATION,<br>and<br>BETSY DEVOS, in her official capacity as<br>Secretary of Education,<br><br>Defendants | Case No. 17-12043 |

## PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs respectfully request an additional forty (40) days to file their opposition to Defendants' Motion to Dismiss, from March 30, 2018 to and including **May 14, 2018**. Plaintiff conferred with Defendants' counsel who takes to position on this motion.

As grounds therefore, Plaintiffs state that counsel has a significant workload, including a brief due in the First Circuit Court of Appeals during this same time period, which will consume a great deal of time. Additionally, this case is being supported by laws students, who will have more availability after final exams, which end in mid-April. Therefore, Plaintiffs respectfully request an additional forty (40) days to complete and submit their opposition to this Court. The requested extension, made well in advance of the original due date, is for good cause and in the best interest of justice, is not for the purpose of delay, and will not prejudice any party.