UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL, JANE DOE, MARY DOE, and SUSAN DOE, <br>     Plaintiffs <br><br> v. <br><br> DEPARTMENT OF EDUCATION and BETSY DEVOS, <br>     Defendants. | ) <br> ) <br> ) <br><br> )   C.A. No. 17-12043-MLW <br> ) <br> ) <br> ) |

### ORDER

WOLF, D.J.                                                                 September 23, 2018

    The Complaint in this action was filed on October 19, 2017. The defendants moved to dismiss on February 27, 2018. The court allowed the plaintiffs' motion extend the time to oppose the motion to dismiss until May 14, 2018.

    On May 17, 2018, the plaintiffs untimely filed their opposition. On the same day, they also filed motions: to amend the complaint; to extend time to file the opposition until May 17, 2018; and for leave to file excess pages.

    On May 31, 2018, the defendants moved to strike the plaintiffs' opposition. They did not oppose the plaintiffs' motion to amend the complaint.

    In view of the foregoing, it is hereby ORDERED that:

    1. Plaintiffs' Motion to Amend Complaint (Docket No. 13) is ALLOWED. The Proposed Amended Complaint (Docket No. 13-1) shall be

docketed and deemed filed on September 24, 2018. The defendants shall, as requested, respond by November 8, 2018.

2. Defendants' Motion to Dismiss (Docket No. 9) is MOOT.

3. Plaintiffs' Motion for Extension of Time (Docket No. 15) is ALLOWED. However, in the future, any request for an extension of time shall be filed at least seven days before the deadline for the submission.

4. Plaintiffs' Motion for Leave to File Excess Pages (Docket No. 17) is ALLOWED.

5. Defendants' Motion to Strike Opposition (Docket No. 20) is MOOT.

         /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE