# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EQUAL MEANS EQUAL, <br> JANE DOE, <br> MARY DOE, <br> SUSAN DOE, <br> NATIONAL COALITION AGAINST <br> VIOLENT ATHLETES <br> and similarly situated others <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT of <br> EDUCATION, <br> and <br> BETSY DEVOS, in her official capacity as <br> Secretary of Education, <br><br> Defendants | Case No. 1:17cv12043-MLW |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE RESPONSIVE MEMORANDUM THREE DAYS LATE**

Plaintiffs seek leave to file their responsive memorandum on November 27, 2018, three days late. Plaintiffs' counsel explained to Defendants' counsel that she could not complete the memorandum in a timely fashions because of the Thanksgiving holidays. Defendants' counsel opposes this motion.

Respectfully submitted,

The Plaintiffs,

By their attorney,

/s/ Wendy Murphy

Wendy Murphy
154 Stuart Street
Boston, MA 02116
wmurphy@nesl.edu
617-422-7410
BBO#550455

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by the ECF filing system.

/s/Wendy J. Murphy

 Wendy J. Murphy

Dated: November 26, 2018