UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL, JANE DOE, MARY DOE, and SUSAN DOE, Plaintiffs | ) ) ) |
| v. | ) C.A. No. 17-12043-MLW |
| DEPARTMENT OF EDUCATION and BETSY DEVOS, Defendants. | ) ) ) |

ORDER

WOLF, D.J.                                                    December 3, 2018

The Complaint in this action was filed on October 19, 2017. Defendants moved to dismiss on February 27, 2018. The court allowed plaintiffs' motion to extend time to respond until May 14, 2018.

Plaintiffs did not respond by May 14, 2018. On May 17, 2018, plaintiffs untimely filed their response, accompanied by a motion to extend time to respond. See Docket Nos. 15, 19. The court allowed the motion, but ordered that "in the future, any request for an extension of time shall be filed at least seven days before the deadline for the submission." See Sept. 23, 2018 Order ¶3 (Docket No. 23)

On September 24, 2018 the court docketed plaintiffs' Amended Complaint. On November 8, 2018, defendants again moved to dismiss. See Docket No. 27. Accordingly, plaintiffs' response was due on November 23, 2018. See L.R. 7.1(b)(2).

Plaintiffs did not file a response by November 23, 2018. On November 26, 2018, plaintiffs moved to extend time to respond until November 27, 2018. See Docket No. 29. The motion was accompanied by a supporting memorandum, but not an affidavit as required by Rule 7.1(b)(1) of the Local Rules of the United States District Court for the District of Massachusetts.

On November 27, 2018, plaintiffs filed their response. See Docket No. 37. Plaintiffs also moved to correct their earlier motion to extend time, explaining that they now believe the deadline to respond was November 26, 2018, not November 23, 2018. See Docket No. 35. Accordingly, they clarified that they only sought a one-day extension of time. Plaintiffs' motion to correct was accompanied by an affidavit stating that plaintiffs' counsel initially thought that the response was due on November 29, 2018, see Docket No. 35-1, and a memorandum stating that that "[t]he Thanksgiving holiday significantly interfered with Plaintiffs' counsel's ability to complete the response," see Docket No. 36. Plaintiffs' counsel did not address why she did not move to extend time at least seven days before the deadline to respond as previously ordered. In any event, defendant opposed plaintiff's request for additional time.

Therefore, plaintiffs have repeatedly failed to timely file required submissions and did not move to extend time at least seven

days before the most recent deadline, as required by the September 23, 2018 Order.

Accordingly, it is hereby ORDERED that plaintiffs' counsel shall, by December 11, 2018, file an affidavit seeking to show good cause why the court should not impose sanctions pursuant to Federal Rule of Civil Procedure 16(f)(1)(C), including but not limited to requiring her to pay an amount equal to the reasonable expenses, including attorneys' fees, incurred by defendant in opposing the recent untimely motion for an extension.

_/s/ Mark L. Wolf_
UNITED STATES DISTRICT JUDGE