[Handwritten margin notes: "In view of the affidavit, the court is not imposing sanctions. However, paragraph 3 of the September 23, 20[..] Order, which required the filing of a motion for an extension of the deadline for submission remains in effect. /s/ [signature] Dec. 17, 2018"]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| EQUAL MEANS EQUAL, <br> JANE DOE, <br> MARY DOE, <br> SUSAN DOE, <br> THE NATIONAL COALITION AGAINST <br> VIOLENT ATHLETES, <br> and similarly situated others <br><br> Plaintiffs, <br><br> v. <br><br><br><br><br> UNITED STATES DEPARTMENT of <br> EDUCATION, <br> and <br> BETSY DEVOS, in her official capacity as <br> Secretary of Education, <br><br> Defendants. | Case No.1:17cv12043-MLW <br><br> **AFFIDAVIT IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

I, Wendy J. Murphy, hereby state under penalty of perjury:

1. This affidavit is submitted in response to the Court's December 3, 2018 show cause order.

2. I represent the Plaintiffs in the above-entitled matter. I filed this case on behalf of the Plaintiffs and the public interest. My work in this case is entirely pro bono.

3. I mistakenly submitted an untimely motion for extension of time to file my response to Defendants' Motion to Dismiss. I did not intend to offend the Court but acknowledge that I may have unintentionally done so. If an apology is appropriate in an affidavit, it is sincerely rendered. Nothing I state below is intended to detract from this basic point. I accept responsibility for my error and offer the following facts as an explanation, not an excuse, for my mistake.

4. I teach sexual violence law as an adjunct professor at New England Law|Boston, where I also run the Women's and Children's Advocacy Project. To a lesser extent, I practice law as a sole practitioner, assisted by law students in public interest cases when