IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL,<br>JANE DOE,<br>MARY DOE,<br>SUSAN DOE, and<br>THE NATIONAL COALITION AGAINST<br>VIOLENT ATHLETES,<br><br>          *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and<br>ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*,<br><br>          *Defendants*. | Civil Action No. 17-12043-MLW |

### DEFENDANTS' MOTION AND MEMORANDUM OF REASONS FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants U.S. Department of Education and Secretary of Education Elisabeth D. DeVos respectfully seek leave to file a notice of supplemental authority concerning a recent order entered in related litigation concluding that two of the Plaintiffs here — Equal Means Equal and the National Coalition Against Violent Athletes — lack Article III standing to bring functionally identical claims. *See SurvJustice v. DeVos*, No. 3:18-cv-00535-JSC, ECF No. 122 (N.D. Cal. Mar. 29, 2019). If leave is granted, Defendants will file a copy of the order and a short notice (consisting of no more than two pages) describing its relevance to this litigation.

Dated: April 3, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANDREW E. LELLING
United States Attorney

RAYFORD A. FARQUHAR
Chief, Defensive Litigation
Civil Division
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Phone: (617) 748-3284
E-mail: rayford.farquhar@usdoj.gov

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

/s/ *Steven A. Myers*
STEVEN A. MYERS
(NY Bar # 4823043)
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendant*

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I hereby certify that I communicated with Plaintiffs' counsel Wendy J. Murphy regarding this motion on April 3, 2019. She indicated that Plaintiffs take no position as to the motion.

/s/ *Steven A. Myers*
STEVEN A. MYERS

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel, Wendy J. Murphy, by the Electronic Case Filing system on April 3, 2019.

/s/ *Steven A. Myers*
STEVEN A. MYERS