IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL, JANE DOE, MARY DOE, SUSAN DOE, and THE NATIONAL COALITION AGAINST VIOLENT ATHLETES, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*, <br><br> *Defendants*. | Civil Action No. 17-12043-PBS |

### DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING

Defendants United States Department of Education and Secretary of Education Elisabeth D. DeVos respectfully file this motion to continue the motions hearing that the Court has scheduled on January 29, 2020 at 9:30 a.m. Pursuant to Rule 40.3(a) of the Local Rules of the United States District Court for the District of Massachusetts, good cause for the continuance exists because the undersigned, who will appear on behalf of Defendants at the forthcoming hearing, will be out of the office from January 27 to February 3, 2020. This is the first request for a continuance. The undersigned has conferred with Plaintiffs' counsel, who indicated that Plaintiffs do not oppose a continuance.

The next dates on which Plaintiffs' counsel and the undersigned are available are in March. Unfortunately, counsel are not available at the same time for the remainder of January or February. The undersigned is available on any day in March. Plaintiffs' counsel has indicated that her

[Handwritten note in left margin: "1/6/20 This is an old case. I am unwilling to continue the hearing for 2 months. The clerk shall set the hearing for early February. —Paul B Saris"]