# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL,<br>JANE DOE,<br>MARY DOE,<br>SUSAN DOE, and<br>THE NATIONAL COALITION AGAINST<br>VIOLENT ATHLETES,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and<br>ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*,<br><br>    *Defendants*. | Civil Action No. 17-12043-PBS |

## NOTICE

Pursuant to the Court's direction at the February 25, 2020, motions hearing, *see* Feb. 25 Hr'g Tr. at 53:7-8, Defendants respectfully notify the Court that the Department of Education today released its Final Rule under Title IX of the Education Amendments of 1972, which prohibits discrimination on the basis of sex in education programs or activities receiving federal financial assistance. An unofficial version of the Final Rule, as transmitted to the Federal Register for publication, is available at the following address: https://www2.ed.gov/about/offices/list/ocr/docs/titleix-regs-unofficial.pdf.

Dated: May 6, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

/s/ *Steven A. Myers*  
STEVEN A. MYERS  
(NY Bar # 4823043)  
BENJAMIN T. TAKEMOTO  
(DC Bar # 1045253)  
Trial Attorneys  
United States Department of Justice  
Civil Division, Federal Programs Branch  
P.O. Box No. 883, Ben Franklin Station  
Washington, DC 20044  
Phone: (202) 305-8648  
Fax: (202) 616-8470  
E-mail: steven.a.myers@usdoj.gov  

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel, Wendy J. Murphy, by the Electronic Case Filing system on May 6, 2020.

/s/ *Steven A. Myers*  
STEVEN A. MYERS
