**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

EQUAL MEANS EQUAL,
JANE DOE,
MARY DOE,
SUSAN DOE, and
THE NATIONAL COALITION AGAINST
VIOLENT ATHLETES,

     *Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION and
ELISABETH D. DEVOS, *in her official
capacity as Secretary of Education*,

     *Defendants*.

Civil Action No. 17-12043-PBS

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL FACTS

Defendants respectfully file this response to state that they do not oppose Plaintiffs' Motion

for Leave to File Supplemental Facts, ECF No. 101. However, if the Court grants Plaintiffs leave

to file their Supplemental Facts on Standing, ECF No. 101-1, Defendants request an opportunity

to respond to the supplemental facts within two weeks of Plaintiffs' filing.

Dated: August 22, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

STEVEN A. MYERS
(NY Bar # 4823043)
Senior Trial Counsel

*Benjamin Takemoto*

BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel

by the Electronic Case Filing system on August 22, 2020.

*Benjamin Takemoto*

BENJAMIN T. TAKEMOTO