**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

EQUAL MEANS EQUAL,
JANE DOE,
MARY DOE,
SUSAN DOE, and
THE NATIONAL COALITION AGAINST
VIOLENT ATHLETES,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION and
ELISABETH D. DEVOS, *in her official
capacity as Secretary of Education*,

    *Defendants*.

Civil Action No. 17-12043-PBS

## **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY AND MOTION FOR LEAVE TO FILE A MOTION TO DISMISS FOR LACK OF JURISDICTION**

Defendants respectfully provide notice that the Department of Education has rescinded the September 22, 2017 Q&A on Campus Sexual Misconduct (2017 Q&A), the guidance document that Plaintiffs have challenged in this case. *See Rescinded Policy Guidance*, Office for Civil Rights (Aug. 26, 2020), https://www2.ed.gov/about/offices/list/ocr/frontpage/faq/rr/policyguidance/respolicy.html. In Defendants' view, because the challenged guidance has been rescinded, there is no relief that the Court can award. This case should therefore be dismissed as moot. *See Am. Civil Liberties Union of Mass. v. U.S. Conf. of Catholic Bishops*, 705 F.3d 44, 53 (1st Cir. 2013) (observing that "government regulatory schemes which have expired or been effectively repealed" moot challenges to them).

Counsel for Defendants conferred with counsel for Plaintiffs before filing this notice. Counsel for Plaintiffs indicated that, in Plaintiffs' view, the case is not moot because, in relevant

part, "OCR has already applied the 2017 subregulatory rules in Jane and Susan's cases and NCAVA has standing to assert the interests of all persons whose OCR cases are in the process of being injured by the rules." Defendants disagree that any hypothetical injury to Jane or Susan Doe is relevant at this juncture, insofar as neither individual remains a party to this action and the remaining organizational plaintiff cannot be injured by a guidance document that has been rescinded.

Nevertheless, if the Court has any doubt on that score, Defendants request leave to file a motion to dismiss for lack of jurisdiction on the issue of mootness. Defendants propose to file such a motion within twenty-eight days of the Court granting leave.

Dated: August 28, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

STEVEN A. MYERS
(NY Bar # 4823043)
Senior Trial Counsel

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on August 28, 2020.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO