**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EQUAL MEANS EQUAL,<br>JANE DOE,<br>MARY DOE,<br>SUSAN DOE, and<br>THE NATIONAL COALITION AGAINST<br>VIOLENT ATHLETES,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and<br>ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*,<br><br>*Defendants*. | Civil Action No. 17-12043-PBS<br><br>*Leave to file granted August 28, 2020 and September 1, 2020* |

**DEFENDANTS' SECOND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants U.S. Department of Education and Elisabeth D. DeVos, in her official capacity as Secretary of Education, respectfully move to dismiss the Second Amended Complaint filed by Plaintiffs Equal Means Equal, Jane Doe, Mary Doe, Susan Doe, and the National Coalition Against Violent Athletes, ECF No. 87. In support of the motion to dismiss, Defendants file the accompanying memorandum of reasons. Consolidated with the memorandum of reasons is a response to Plaintiffs' proposed Supplemental Facts on Standing, ECF No. 101-1.

Dated: September 29, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

STEVEN A. MYERS
(NY Bar # 4823043)

Senior Trial Counsel

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on September 29, 2020.

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO