UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NATIONAL COALITION AGAINST VIOLENT ATHLETES<br>　　　　　　Plaintiff,<br>v.<br>DEPARTMENT OF EDUCATION, ET AL,<br>　　　　　　Defendants. | Civil Action No.<br>17-12043-PBS |

**ORDER OF DISMISSAL**

Saris, D.J.

    In accordance with the Court's Memorandum and Order, dated December 3, 2020 (Dkt. No. 112), it is hereby ORDERED, that the above-entitled action is dismissed.

12/3/2020
Date

By the Court,

/s/ Casey Baker
Deputy Clerk